## Klein Appeal.

Argued December 16, 1965.
*Israel Finkelstein,* for appellant; *P. Breen,* with him *Paul Kraft,* for appellee.

Order affirmed.

FLOOD, J., absent.

## Magness Liquor License Case.

Argued December 17, 1965. *Donald D. Doerr,* Special Assistant Attorney General, with him *Thomas J. Shannon,* Assistant Attorney General, and *Walter E. Alessandroni,* Attorney General, for Pennsylvania Liquor Control Board, appellant; *Jesse P. Long,* with him *William P. Geary,* for appellee.

Order affirmed.

MONTGOMERY and JACOBS, JJ., dissent and would reverse the order of the lower court.

FLOOD, J., absent.